AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| CURTIS SHEPHERD,<br>*Plaintiff*<br>v.<br>WELLS FARGO BANK N.A. TRUST COMPANY, AS TRUSTEE FAILURE TO COMPLY WITH POOLING AND SERVING AGREEMENT AS BANK CUSTODIAN. CUT -OFF DATE June 1, 2005, ROGERS TOWNSEND & THOMAS, LENDER PROCESSING SERVICES, INC, (hereinafter "LPS") LPS DEFAULT SOLUTIONS, Inc. Docx MORTGAGE, ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR LENDER AND LENDER'S SUCCESSORS AND ASSIGNS, AND WELLS FARGO BANK, N.A. JASON T. MOSS, AND JOHN J. HEARN, JASON D. WYMAN, KEVIN T. BROWN, CYNTHIA THOMAS,<br>*Defendants* | Civil Action No.    3:22-cv-01799-MGL |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Curtis Shepherd, take nothing of the defendants, Wells Fargo Bank N.A., as Trustee Failure to Comply with Pooling and Serving Agreement as Bank Custodian. Cut -Off Date June 1, 2005; Rogers Townsend & Thomas; Lender Processing Services, Inc, (hereinafter "LPS"); LPS Default Solutions, Inc.; Docx Mortgage; Electronic Registration Systems, Inc., as Nominee for Lender and Lender's Successors and Assigns; Wells Fargo Bank N.A.; Jason T. Moss; John J. Hearn; Jason D. Wyman; Kevin T. Brown; and Cynthia Thomas, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding. The Court having adopted the Report and Recommendation of US Magistrate Judge Paige J. Gossett, which recommended dismissal.

Date:   October 14, 2022                                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                            s/Charles L. Bruorton
                                                                                                    *Signature of Clerk or Deputy Clerk*